UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

YAHVAH PAMPHILE,⁣    )  NO.  CV 15-6148-JVS (AGR)

    Petitioner,   )

          )  JUDGMENT

 v.         )

RAYMOND MADDEN, Warden,  )

    Respondent.  )

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED:  August 16, 2017   _____

             JAMES V. SELNA
            United States District Judge